IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:10CV446 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| (1) REAL PROPERTY KNOWN AS 6614 LINZIE DRIVE, FRANKLIN, OHIO 45005, et al. | : : | |
| Defendants. | : | |

## ORDER LIFTING STAY

This matter is before the Court upon the United States' Motion to Lift Stay,

IT IS HEREBY ORDERED THAT:

The United States' Motion to Lift Stay is granted.


Date:  September 11, 2012    s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE